M. MERLIER, INC., ET AL. *v.* UNITED STATES

**No. 7113.**—Invoices dated Yeovil, England, May 21, 1946, etc.
Certified May 22, 1946, etc.
Entered at New York, N. Y., June 27, 1946, etc.
Entry Nos. 771692; 761348.

(Decided March 31, 1947)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

J. L. HUDSON CO. *v.* UNITED STATES

**No. 7114.**—Invoices dated Nottingham, England, September 7, 1942, etc.
Certified September 1942, etc.
Entered at Detroit, Mich., October 17, 1942, etc.
Entry No. 3660, etc.

(Decided April 1, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.